# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140688

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CORY LEE WOOLLARD,
     Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140688
COA: 295435
Genesee CC: 2009-025155-FC

_____/

On order of the Court, the application for leave to appeal the January 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

0517